IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RANDY EUGENE COFIELD, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00005-TES-MSH |
| | * |
| SHERIFF GARY LONG , et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 30, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 30th day of April, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk